UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY &
OVERSIGHT ,

     Plaintiff,

  v.

UNITED STATES DEPARTMENT OF
JUSTICE,

     Defendant.

Civil Action No. 26-2427 (LLA)

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Catherine J. Malycke as counsel for Defendant in the above-captioned case.

Dated: July 21, 2026

               Respectfully submitted,

By:  */s/ Catherine J. Malycke*
    CATHERINE J. MALYCKE
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Phone (202) 252-0838
    Email: catherine.malycke@usdoj.gov

    *Attorney for the United Staes of America*