UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civ. A. No. 26-2427 (LLA) |

**JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to this Court's August 24, 2026 Order (Dkt. No. 8).

1. Plaintiff filed this suit on July 10, 2026 (Dkt. No. 1) and amended the complaint on August 7, 2026 (Dkt. No. 6). Plaintiff seeks records under two FOIA requests submitted to the National Security Division ("NSD") and its Foreign Agents Registration Act ("FARA") registration unit. Both requests seek inquiries containing specified keywords. The June 4, 2026 request (No. 26-268) concerns inquiries received in 2025 and responses thereto. The July 9, 2026 request (No. 26-304) concerns inquiries received in 2024 or 2026 using the same keywords. Dkt. No. 6 ¶¶ 8, 11, 14, 16.

2. On August 21, 2026, Defendant answered the Amended Complaint. Dkt. No. 7. Defendant refers the Court to Defendant's answers and affirmative defenses. *Id.*

3. **Status of Request** – Defendant NSD has completed its search in response to Plaintiff's request and identified responsive records. NSD is currently conducting a responsiveness and de-duplication review.

4. **Anticipated Number of Responsive Documents and Anticipated Date of Release** – Defendant NSD has identified approximately seven (7) responsive records. NSD is determining the scope of any required consultations with equity-holding agencies. Currently, NSD is unable to provide a timeline regarding NSD's final determination and any associated production.

5. **Motion for Stay -** Defendant does not anticipate that an *Open America v. Watergate Special Prosecution Force et al.*, 547 F.2d 605 (D.C. Cir. 1976) stay is warranted. Plaintiff concurs.

6. ***Vaughn* Index and Summary Judgment** - Given this update, Defendant believes that summary judgment briefing and the filing of a *Vaughn* Index is premature at this time. Plaintiff reserves its right to challenge the searches and any withholdings, and to seek a *Vaughn* index and dispositive relief as appropriate.

7. **Updates** - Defendant proposes that the parties update the Court with the progress of Defendant's determination and any proposed schedule for briefing in the next 30 days, *i.e.,* by October 21, 2026.

Dated: September 21, 2026
Washington, D.C.

Respectfully submitted,

/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399
Tel: (202) 802-1948
MatthewDHardin@protonmail.com

*Counsel for the Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
catherine.malycke@usdoj.gov

*Counsel for United States of America*