UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civ. A. No. 26-2427 (LLA) |

**JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to the Court's September 22, 2026 Minute Order.

1. Plaintiff filed this suit on July 10, 2026 (Dkt. No. 1) and amended the complaint on August 7, 2026 (Dkt. No. 6). Plaintiff seeks records under two FOIA requests submitted to the National Security Division ("NSD") and its Foreign Agents Registration Act ("FARA") registration unit. Both requests seek inquiries containing specified keywords. The June 4, 2026 request (No. 26-268) concerns inquiries received in 2025 and responses thereto. The July 9, 2026 request (No. 26-304) concerns inquiries received in 2024 or 2026 using the same keywords. Dkt. No. 6 ¶¶ 8, 11, 14, 16.

2. On August 21, 2026, Defendant answered the Amended Complaint. Dkt. No. 7. Defendant refers the Court to Defendant's answers and affirmative defenses. *Id.*

3. As previously reported, Defendant NSD has completed its search in response to Plaintiff's request. NSD reports that it has identified approximately seven (7) responsive records. NSD is determining the scope of any required consultations with equity-holding agencies.

4. NSD reports that it is still processing the responsive records and conducting a review with NSD's subject matter experts. NSD represents that it will issue either an interim or final response to the Plaintiff's request within 14 days and will confirm at that time the exact number of responsive records.

5. Defendant proposes that the parties update the Court with the progress of Defendant's review and processing in the next 30 days, *i.e.,* by November 23, 2026 (November 21, 2026 falls on a Saturday).

Dated: October 21, 2026
Washington, D.C.

/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399
Tel: (202) 802-1948
MatthewDHardin@protonmail.com

*Counsel for the Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
catherine.malycke@usdoj.gov

*Counsel for United States of America*