UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civ. A. No. 26-2427 (LLA) |

**JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to the Court's October 26, 2026 Minute Order.

1. Plaintiff filed this suit on July 10, 2026 (ECF No. 1) and amended the complaint on August 7, 2026 (Dkt. No. 6). Plaintiff seeks records under two FOIA requests submitted to the National Security Division ("NSD") and its Foreign Agents Registration Act ("FARA") registration unit. Both requests seek inquiries containing specified keywords. The June 4, 2026 request (No. 26-268) concerns inquiries received in 2025 and responses thereto. The July 9, 2026 request (No. 26-304) concerns inquiries received in 2024 or 2026 using the same keywords. ECF No. 6 ¶¶ 8, 11, 14, 16.

2. On August 21, 2026, Defendant answered the Amended Complaint. ECF No. 7. Defendant refers the Court to Defendant's answers and affirmative defenses. *Id.*

3. NSD issued final response on November 4, 2026, regarding NSD FOIA No. 26-268, in which it informed Plaintiff that no responsive records were found in response to their request.

4. NSD also issued an interim response on November 4, 2026 regarding NSD FOIA No. 26-304. Plaintiff notes that, on that date, NSD's position of "approximately seven (7) responsive records" (ECF No. 10 at ¶ 3) was amended to reflect that there were three responsive records. Additionally, NSD reported that "there appears to be one additional record that may be responsive to NSD FOIA # 26-304."

5. On November 23, 2026, NSD reports that it is currently conferring with subject matter experts regarding records related to NSD FOIA No. 26-304. Plaintiff, through counsel, has requested additional information as to the status of this request, asking for an "anticipated timetable or preliminary CREW information (number of documents at issue, etc.)." At this time, NSD does not have an anticipated timetable, as it is in the process of conferring with its subject matter experts.

6. Defendant proposes that the parties update the Court with the progress of Defendant's review and processing in the next 30 days, *i.e.,* by December 23, 2026. Plaintiff believes that the Court should order a date certain for production of records responsive to NSD FOIA # 26-304.

Dated: November 23, 2026
Washington, D.C.

Respectfully submitted,

/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399
Tel: (202) 802-1948
MatthewDHardin@protonmail.com

*Counsel for the Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
catherine.malycke@usdoj.gov

*Counsel for United States of America*